UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Friday January 30, 2004
3:30 p.m.

CASE NO. **3:02cv2137 MRK**   **McDonald v. Austin, et al**

Kristi E. Mackin
Brown Raysman Millstein Felder & Steiner
Cityplace II 10 Floor
185 Asylum Street
Hartford, CT 06103

STATUS CONFERENCE HELD

DATE: 1/30/04

Paul S. McCarthy
Attorney General's Office
University of Connecticut
605 Gilbert Rd., U-177
Storrs, CT 06269-1177

10 M.A.

James M. Sconzo
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103

John R. Williams
Williams & Pattis
51 Elm St., Ste. 409
New Haven, CT 06510

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK