UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES E. R. MCDONALD, | : | CIVIL ACTION NUMBER: |
| *Plaintiff,* | : | |
| | : | 3:02CV2137(RNC) |
| VS. | : | |
| | : | |
| PHILIP E. AUSTIN, ROSS D. MACKINNON | : | |
| WILLIAM C. STWALLEY | : | |
| *Defendants.* | : | MARCH 4, 2004 |

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION**

Pursuant to Local Rule 7(b), the plaintiff, JAMES E. R. MCDONALD, respectfully requests an extension of time of sixty (60) days, up to and including JUNE 2, 2004 to comply with or object to Defendants' Interrogatories and Requests for Production, dated MARCH 4, 2004.

In support of this motion, plaintiffs represent as follows:

1    They were served with defendants' Interrogatories and Request for Production on or about March 4, 2004.

1

2. Counsel is in the process of ascertaining responses to such requests and needs the additional time to comply with defendants' requests.

3. Defendant's attorney was contacted by this office and represents that he has no objection to a thirty (30) day extension of time.

4. This is the plaintiff's first request for an extension of time to respond to defendants' Interrogatories and Request for Production.

5. No trial date has been set in this matter.

WHEREFORE, the plaintiff respectfully requests the Court grant this Motion for the reasons stated above.

                THE PLAINTIFF,
                JAMES E. R. MCDONALD

BY_____
                JOHN R. WILLIAMS
                Federal Bar No. ct00215
                Williams & Pattis, LLC
                51 Elm Street, Suite 409
                New Haven, CT 06510
                Telephone: 203.562.9931
                His Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, this 11th day of March, 2004, to the following parties and counsel of record:

James M. Sconzo
Robert M. Barrack
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Paul S. McCarthy
Assistant Attorney General
Office of the Attorney General at UCONN
605 Gilbert Road, U-177
Storrs, CT 06269

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JOHN R. WILLIAMS