**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**McDONALD**                          :

**v.**                                :   NO. 3:02cv2137 (MRK)

**AUSTIN, ET AL**                     :

**ORDER OF REFERRAL TO SPECIAL MASTERS**

Pursuant to D. Conn. L. Civ. R. 53, it is hereby ORDERED that the above-captioned case is referred to Special Masters S. Robert Jelley (203) 498-4306 and David N. Rosen (203) 787-3513 for the purpose of conducting a settlement conference, which will be held at the United States District Court, 141 Church Street, New Haven, Connecticut.  Counsel shall confer with the Special Masters, selecting a mutually convenient date for such a conference (**to be held on a date when settlement discussions would be most productive**).

> Once a date and time is selected, counsel shall notify the undersigned, **via email or telephone**, and a calendar will issue.

Seven days prior to the parties' conference, counsel shall submit to the Special Masters their Confidential Settlement Conference Memorandum in accordance with D. Conn. L. Civ. R. 53(e).

Counsel are directed to have their clients and/or persons

with settlement authority accompany them to this settlement conference (see D. Conn. L. Civ. R. 53(c)).

Confidential Settlement Conference Memoranda shall be submitted directly to the Special Masters, with Notice of Service of Settlement Conference Memorandum filed with the Clerk of the Court.

Any agreed-upon rescheduling of the conference shall be arranged between counsel and the Special Masters.  If this matter is rescheduled, the moving party shall confirm such a new date and time, in writing, to the Hon. Mark R. Kravitz, 141 Church Street, Room 306, New Haven, Connecticut 06510, with copies to the Special Masters and all counsel of record.  If this matter settles prior to the parties' conference, counsel shall notify the Court and the Special Masters immediately.

>                    ORDER OF THE COURT,
>                    KEVIN F. ROWE
>
>
>                    By: /s/ Kenneth R. Ghilardi
>                    Kenneth R. Ghilardi, Courtroom Deputy
>                    **kenneth__ghilardi@ctd.uscourts.gov**
>                    Direct Dial: (203)773-2429

Dated at New Haven, Connecticut:   March 18, 2004