UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES E. R. MCDONALD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.   3:02CV2137 (MRK) |
| | : | |
| PHILIP E. AUSTIN, ROSS D. MACKINNON, WILLIAM C. STWALLEY | : | |
| | : | |
| | : | |
| Defendants. | : | |

## ENDORSEMENT ORDER

Plaintiff's First Motion For Extension Of Time To Respond To Defendants' First Set Of Interrogatories And Requests For Production [doc. #20], dated March 4, 2004, is hereby GRANTED.  Plaintiff shall respond to Defendants' First Set of Interrogatories and Requests For Production on or before **June 2, 2004**.


IT IS SO ORDERED.


/s/     Mark R. Kravitz
U.S.D.J.

Dated at New Haven, CT: March 22, 2004.