# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES E.R. McDONALD | : | CIVIL ACTION<br>NO. 3:02 CV 2137 (RNC) |
| V. | : | |
| PHILIP E. AUSTIN, ROSS D.<br>MacKINNON and WILLIAM C. STWALLEY | : | MAY 12, 2004 |

### JOINT MOTION FOR EXTENSION OF PRETRIAL SCHEDULING ORDER

Pursuant to D. Conn. L. Civ. R. 7(b), the parties in this matter jointly move for an extension of thirty (30) days past the conclusion of the special masters settlement conference, scheduled for May 27, 2004, of all deadlines contained in the Court's January 20, 2004 scheduling order.

The parties request the extensions based on the facts that: the settlement conference may bring a resolution to this matter, thereby avoiding the cost of continued discovery; the plaintiff cannot produce to the defendants documents requested by the defendants by the date of his deposition, scheduled for May 13, 2004; and the Court had previously provided the plaintiff with an extension to respond to plaintiff's discovery, up to June 2, 2004, which is beyond the discovery cut-off date.

This is the first such joint motion for extension of time.

All parties consent to this motion.

THE DEFENDANTS:

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

        PHILIP E. AUSTIN, ROSS D.
MACKINNON AND WILLIAM C.
STWALLEY


By_____
  James M. Sconzo of
  HALLORAN & SAGE LLP
  Fed. Bar #ct04571
  One Goodwin Square
  225 Asylum Street
  Hartford, CT 06103
  (860) 522-6103


## **CERTIFICATION**

      This is to certify that on this 12th day of May, 2004, I hereby mailed a copy of the foregoing to:

John R. Williams, Esq.
Timothy Mahoney, Esq.
Williams & Pattis
51 Elm Street
New Haven, CT 06510

Paul S. McCarthy
Assistant Attorney General
State of Connecticut
Office of the Attorney
   General at UCONN
605 Gilbert Road
U-177
Storrs, CT 06269-1177


_____
James M. Sconzo

549301.1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105