UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES E. R. McDONALD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:02cv2137 |
| | : | |
| PHILIP E. AUSTIN, | : | |
| ROSS D. MacKINNON, and | : | |
| WILLIAM C. STWALLEY, | : | |
| | : | |
| Defendants. | : | |

## MODIFIED SCHEDULING ORDER

The Joint Motion For Extension Of Pretrial Scheduling Order [doc. # 24], dated May 12, 2004, is hereby GRANTED.  The following modified schedule shall govern:

1. **Discovery:**  All discovery, relating both to expert and fact witnesses, will be completed (not just propounded) by **July 1, 2004**:

    **NOTE: All discovery issues should be resolved in good faith by counsel in accordance with their obligations to the Court under the Federal Rules of Civil Procedure and the District's Local Rules.  Before filing any motion relating to discovery, the parties are required to jointly confer with the Court by telephone, 203-773-2022.**

2. **Dispositive Motions:** Dispositive motions, if any, including all motions to exclude testimony of experts pursuant to Fed. R. Evid. 702-05 and the *Daubert v. Merrill Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993) line of cases shall be filed by **August 1, 2004**.

3. **Trial Memorandum:** If no dispositive motions are filed, the Parties' Joint Trial Memorandum is due **September 1, 2004**. If dispositive motions are filed, the Joint Trial Memorandum is due 30 days after the Court's decision on the dispositive motion.

4. **Trial Ready Date:** If no dispositive motions are filed, the case will be considered trial ready on **September 1, 2004**. If dispositive motions are filed, the case will be

considered trial ready immediately after the filing of the parties' Joint Trial Memorandum.

5.  **Status Conference:** A TELEPHONIC STATUS CONFERENCE WILL BE HELD ON **JULY 20, 2004 at 8:15 A.M.** Plaintiff's counsel will initiate the conference call. The parties will file a joint status report (instructions attached) with the Clerk's Office no later than **July 13, 2004**.

**NO MODIFICATIONS OF THESE DEADLINES WILL BE GRANTED.**

IT IS SO ORDERED.

/s/       Mark R. Kravitz
         United States District Judge

**Dated at New Haven, Connecticut:** May 27, 2004.

RE:     **CASE NO. 3:02CV2137 (MRK)**
----------------------------------------------------------------

TO:     **COUNSEL OF RECORD:**


----------------------------------------------------------------

On or before **July 13, 2004,**

THE PARTIES SHALL FILE WITH THE CLERK'S OFFICE [with certification copies sent to all counsel of record] AN ORIGINAL JOINT STATUS REPORT, STATING THE FOLLOWING:

    (a)  THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

    (b)  INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT`S SPECIAL MASTERS PROGRAM;

    (c)  WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

    (d) THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.


                                      BY ORDER OF THE COURT
                                      KEVIN F. ROWE, CLERK