UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

JUN 3  1 21 PM '04

U.S DISTRICT COURT
NEW HAVEN, CONN

| | |
|---|---|
| **McDONALD** </br> </br> Plaintiff, </br> </br> v. </br> </br> **AUSTIN, ET AL** </br> </br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) CIVIL CASE NO.: </br> ) 3:02cv2137 (MRK) </br> ) </br> ) </br> ) </br> ) JUNE 2, 2004 |

## MOTION TO WITHDRAW APPEARANCE

I, Kristi E. Mackin, respectfully move the court to withdraw my appearance for the defendants, Austin, et al in the above-referenced matter. The Defendants continue to be represented by James M. Sconzo of Halloran & Sage, LLP and Paul S. McCarthy of the Attorney General's Office, University of Connecticut.

By: _____
Kristi E. Mackin (ct 23394)
Brown Raysman Millstein Felder &
Steiner LLP
CityPlace II, 10th Floor
185 Asylum Street
Hartford, CT 06103
(860) 275-6417

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion to Withdraw Appearance was served via first class mail, postage prepaid on this 2nd day of June, 2004 to the following counsel of record:

James M. Sconzo, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Paul S. McCarthy
Attorney General's Office
University of Connecticut
605 Gilbert Road, U-177
Storrs, CT 06269-1177

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

By: _____
Kristi E. Mackin

HARTFORD 85595v1