UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES E.R. MCDONALD | : | CIVIL ACTION NO. 3:02CV2137 (MRK) |
| Plaintiff | : | |
| V. | : | |
| PHILIP E. AUSTIN, ROSS D. MACKINNON WILLIAM C. STWALLEY | : | JUNE 18, 2004 |
| Defendants | : | |

JOINT MOTION FOR EXTENSION OF PRETRIAL SCHEDULING ORDER

Pursuant to D. Conn. L. Civ. R. 7(b), the parties in this matter jointly move for an extension of time of all deadlines contained in the Court's Modified Scheduling Order dated May 27, 2004, in accordance with the dates proposed below.

The parties request the extensions based upon the following facts:

1. On or about March 18, 2004, this Court issued an Order referring the case to Special Masters S. Robert Jelley and David N. Rosen. On or about April 1, 2004, this Court issued an Amended Order of Referral to Special Masters, substituting William Bloss for Mr. Rosen as one of the Special Masters.

2. Pursuant to the Amended Order, the parties and counsel engaged in a settlement conference before the Special Masters on May 27, 2004.

3. Although the parties negotiated in good faith, they were unable to agree upon the terms of a settlement at that time. However, the Special Masters requested

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

06314.0005
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

that the parties continue their settlement negotiations, and to subsequently schedule an additional settlement conference before the Special Masters.

4.   During the settlement conference, the Special Masters learned of the related case pending in this District entitled Dooley v. Stwalley, 3:03CV01435 (JCH). These cases are closely related because the factual allegations and legal claims of both plaintiffs are similar.  Both Mr. McDonald and Mr. Dooley were physics graduate students at the University of Connecticut and had Professor Moshe Gai as their faculty advisor.  When the University initiated disciplinary proceedings against Professor Gai, Professor Gai was suspended from his position and was banned from the University campus.  Both Mr. McDonald and Mr. Dooley have claimed that they suffered discriminatory treatment by the University and/or University officials as a result of their association with Professor Gai.  Both plaintiffs are represented by Attorney John Williams, and the defendants in both cases are represented by the undersigned counsel and Assistant Attorney General Paul McCarthy.

5.   Therefore, at the initial settlement conference on May 27, 2004, the Special Masters recommended that the next scheduled settlement conference include Mr. Dooley, and the parties should attempt to negotiate a global resolution with respect to both cases.  The parties have agreed to do so.  As a result, on or about June 15, 2004, Judge Hall issued an Order of Referral to Special Masters, ordering the parties in the

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

- 2 -
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Dooley matter before Special Masters Jelley and Bloss at the United State District Court in New Haven, Connecticut, at a mutually convenient date.

    6.    Although the parties in both actions are committed to further settlement negotiations in good faith, due to the schedules of the parties and their counsel, it appears that it will not be possible to schedule the joint settlement conference before the Special Masters until September 2004. Although plaintiff's counsel served responses to defendants' Interrogatories and Production Requests upon defendants' counsel at the end of May 2004, the plaintiff was unable to comply with the defendants' Re-Notice of Deposition, scheduling the plaintiff's deposition most recently for June 16, 2004. Due to the conflicting schedules of the parties and their counsel, it appears that it will not be possible to schedule the plaintiff's deposition prior to the current discovery cut-off date of July 1, 2004. Moreover, the parties believe that there is a greater likelihood that they will be able to settle the current matter if they can avoid the additional costs of conducting the deposition prior to the next settlement conference.

    7.    However, if, despite the best efforts of the parties and their counsel, the parties are subsequently unable to reach a settlement in this matter, the best interests of the parties and judicial efficiency would be served by extending the deadlines for discovery and the filing of dispositive motions in accordance with the following proposed dates:

    a.    *Discovery:* Completed by November 15, 2004;

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

- 3 -
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

b. *Dispositive Motions:* Filed by December 15, 2004;

c. *Trial Memorandum:* If no dispositive motions are filed, the parties' Joint Trial Memorandum would be due January 15, 2005. If dispositive motions are filed, the Joint Trial Memorandum is due 30 days after the court's decision on the dispositive motion;

d. *Trial Ready Date:* If no dispositive motions are filed, the case will be considered trial ready on February 1, 2005. If dispositive motions are filed, the case will be considered trial ready immediately after the filing of the parties' Joint Trial Memorandum;

e. *Status Conference:* A telephonic status conference will be held on a date selected by the court. The parties will file a Joint Status Report with the clerk's office on a date selected by the court.

This is the second such Joint Motion for Extension of Time.
All parties consent to this motion.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

- 4 -
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

        THE DEFENDANTS
        PHILIP E. AUSTIN
        ROSS D. MACKINNON
        WILLIAM C. STWALLEY

By _____
   James M. Sconzo
   Fed. Bar No. ct04571
   Robert M. Barrack
   Fed. Bar No. ct08422
   HALLORAN & SAGE LLP
   Their Attorneys

### CERTIFICATION

This is to certify that on this 18th day of June 2004, a copy of the foregoing was either mailed, postage prepaid, or hand-delivered to:

| | |
|---|---|
| John R. Williams, Esq.<br>Williams and Pattis, LLC<br>51 Elm Street, Suite 409<br>New Haven, CT 06510 | Paul S. McCarthy<br>Assistant Attorney General<br>Office of the Attorney General at UCONN<br>605 Gilbert Road, U-177<br>Storrs, CT 06269 |

_____
Robert M. Barrack

562839_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105