UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES E. R. McDONALD | : | |
| | : | |
| VS. | : | NO. 3:02CV2137(MRK) |
| | : | |
| PHILIP E. AUSTIN, | : | |
| ROSS D. MacKINNON and | : | |
| WILLIAM C. STWALLEY | : | JULY 13, 2004 |

## JOINT STATUS REPORT

Counsel for the parties having conferred, they submit the following Joint Status Report in accordance with the order of the court.

**A   STATUS OF CASE**

The parties presently are engaged in settlement discussions with Special Masters appointed by the court. The parties are attempting to resolve this matter by settlement and are trying to minimize expenditures during that time. This matter has been consolidated, for settlement purposes only, with another matter pending before another judge of this court.

**B   INTEREST IN SETTLEMENT**

As noted above, settlement discussions with special masters are under way.

**C   CONSENT TO TRIAL BEFORE MAGISTRATE JUDGE**

Premature at this time.

**D    ESTIMATED LENGTH OF TRIAL**

Premature at this time.

                        THE PLAINTIFF

                        BY:_____
                              JOHN R. WILLIAMS (ct00215)
                              51 Elm Street
                              New Haven, CT 06510
                              203/562-9931
                              FAX:  203/776-9494
                              E-Mail: jrw@johnrwilliams.com
                              His Attorney

                        THE DEFENDANTS

                        BY:_____
                              JAMES M. SCONZO (ct
                              Halloran and Sage LLP
                              One Goodwin Square
                              225 Asylum Street
                              Hartford, CT 06103-4303
                              860.297.4602
                              Fax: 860.548.0006
                              E-Mail: sconzo@halloran-sage.com
                              Their Attorney