UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES E.R. MCDONALD | : | CIVIL ACTION NO. 3:02CV2137 (MRK) |
| Plaintiff | : | |
| V. | : | |
| PHILIP E. AUSTIN, ROSS D. MACKINNON WILLIAM C. STWALLEY | : | NOVEMBER 5, 2004 |
| Defendants | : | |

## APPEARANCE

CLERK:

Enter my appearance as attorney for the undersigned defendants in the above-entitled case.

Dated at Hartford, Connecticut, this 5th day of November 2004.

        THE DEFENDANTS
        PHILIP E. AUSTIN
        ROSS D. MACKINNON
        WILLIAM C. STWALLEY

By  _____
    Robert M. Barrack
    Fed. Bar No. ct08422
    HALLORAN & SAGE LLP
    Their Attorneys

06314.0005

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

- 2 -

## CERTIFICATION

    This is to certify that on this 5th day of November 2004, a copy of the foregoing was either mailed, postage prepaid, or hand-delivered to:

| | |
|---|---|
| John R. Williams, Esq.<br>Norman A. Pattis, Esq.<br>Williams and Pattis, LLC<br>51 Elm Street, Suite 409<br>New Haven, CT  06510 | Paul S. McCarthy<br>Assistant Attorney General<br>Office of the Attorney General at UCONN<br>605 Gilbert Road, U-177<br>Storrs, CT  06269 |

                                                                       _____<br>
                                                                       Robert M. Barrack

613300_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105