UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES E.R. MCDONALD | : CIVIL ACTION NO. 3:02CV2137 (MRK) |
| Plaintiff | : |
| V. | : |
| PHILIP E. AUSTIN, ROSS D. MACKINNON WILLIAM C. STWALLEY | : NOVEMBER 5, 2004 |
| Defendants | : |

MOTION FOR LEAVE TO FILE AMENDED
ANSWER AND AFFIRMATIVE DEFENSES

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the defendants hereby move for leave to amend their Answer and Affirmative Defenses in the above-captioned action so as to add seven (7) additional affirmative defenses to the one previously pled. In support of this motion, the defendants represent as follows:

1. The plaintiff, James E.R. McDonald, is a former graduate student in the Physics Department at the College of Arts and Sciences, University of Connecticut (hereinafter the "University"), in Storrs, Connecticut.

2. Mr. McDonald's faculty advisor at UConn was Professor Moshe Gai, who, until a global settlement with the University and the named defendants herein was effectuated in the Spring of 2004, was embroiled in numerous disputes with the University and the defendants herein, which included lawsuits in both federal and state court, administrative complaints on both the federal and state level, as well as University disciplinary proceedings, union

06314.0005

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

grievances, and an arbitration.  The plaintiff's Complaint essentially alleges that the defendant, William C. Stwalley, the Head of the Physics Department at the University, discriminated against the plaintiff because of his affiliation with Professor Gai, in violation of his constitutional rights.  The plaintiff also alleges that the defendants Ross D. MacKinnon, the Dean of the College of Liberal Arts and Sciences, and Philip E. Austin, the President of the University, failed to prevent such discriminatory conduct.  In their Answer, the defendants denied the material allegations of the plaintiff's Complaint and asserted one affirmative defense, which provides that the Complaint fails to state a claim upon which relief may be granted.

3.     Subsequently, another former graduate student of Professor Gai at the University, Joseph A. Dooley, instituted an action in this Court against William C. Stwalley, which also alleges that Professor Stwalley discriminated against him in violation of his constitutional rights because of his affiliation with Professor Gai.  Among the main claims by both Mr. McDonald and Mr. Dooley are that their academic careers were hampered because the University improperly initiated disciplinary proceedings against Professor Gai, which led to Professor Gai being placed on academic leave from the University.  In the Dooley matter, Professor Stwalley filed his Answer and seven Affirmative Defenses on October 15, 2003.  The seven Affirmative Defenses filed by Professor Stwalley in Dooley are identical to the first seven of the eight Affirmative Defenses defendant Stwalley and his two codefendants seek to assert here.  The eighth proposed Affirmative Defense asserts that defendants are protected by quasi-judicial immunity because the alleged discriminatory conduct was related to formal disciplinary

- 2 -

HALLORAN
& SAGE LLP

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

proceedings brought against the plaintiff's faculty advisor.  Defendant Stwalley is also moving to assert this additional Affirmative Defense in the Dooley matter.

4.  Because the Dooley and McDonald matters are so closely related, with similar factual underpinnings and virtually identical legal theories, the affirmative defenses proposed by the defendants in the present matter should come as no surprise to Mr. McDonald, given that the same Affirmative Defenses have been asserted in the parallel Dooley matter.  Both Mr. McDonald and Mr. Dooley are represented by the same counsel, John Williams, Esq., who had also represented Professor Gai in his actions against the same defendants.

5.  Accordingly, the amendment of the Complaint to assert these additional Affirmative Defenses will not prejudice the plaintiff.

WHEREFORE, the defendants respectfully request that this Court grant their Motion for Leave to file an Amended Answer in order to add the attached proposed Affirmative Defenses.

> THE DEFENDANTS
> PHILIP E. AUSTIN
> ROSS D. MACKINNON
> WILLIAM C. STWALLEY
>
> By _____
> James M. Sconzo
> Fed. Bar No. ct04571
> Robert M. Barrack
> Fed. Bar No. ct08422
> HALLORAN & SAGE LLP
> Their Attorneys

- 3 -

HALLORAN
& SAGE LLP

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

CERTIFICATION

      This is to certify that on this 5th day of November 2004, a copy of the foregoing was either mailed, postage prepaid, or hand-delivered to:

| | |
|---|---|
| John R. Williams, Esq. | Paul S. McCarthy |
| Norman A. Pattis, Esq. | Assistant Attorney General |
| Williams and Pattis, LLC | Office of the Attorney General at UCONN |
| 51 Elm Street, Suite 409 | 605 Gilbert Road, U-177 |
| New Haven, CT 06510 | Storrs, CT 06269 |

_____
Robert M. Barrack

611688_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105