UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES E. R. McDONALD | : | |
| | : | |
| VS. | : | NO. 3:02CV2137(MRK) |
| | : | |
| PHILIP E. AUSTIN, | : | |
| ROSS D. MacKINNON and | : | |
| WILLIAM C. STWALLEY | : | NOVEMBER 6, 2004 |

### OBJECTION TO MOTION TO AMEND ANSWER AND SPECIAL DEFENSES

In December of 2002, the defendants – represented then by the same highly respected and capable attorneys as today – answered the complaint in this case. Today, almost two years later, they move to alter entirely the defense of this action by asserting half-a-dozen special defenses never before mentioned. They claim the plaintiff should not be surprised by these special defenses because his attorneys represent another person in another case pending before another judge, but involving similar issues, where they did assert those special defenses on behalf of their clients in that case more than one year ago. They say nothing more than that.

The defendants do not indicate why their attorneys two years ago elected not to plead the special defenses now offered. Nor to they suggest why, having raised those defenses in another case more than a year ago, they waited until now to

mention them here. In other words, they make no effort to show good cause why their motion should be granted.

The prejudice to the plaintiff if these defenses are permitted now is obvious. Clearly they will entirely change the nature of this litigation and will do so after the plaintiff has committed energy and resources to the litigation on the understanding that it will be tried on the theories advanced in the pleadings.

There is absolutely no cause shown in support of the motion and it must be denied.

Respectfully submitted:

_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: jrw@johnrwilliams.com
Plaintiff's Attorney

CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to Paul S. McCarthy, Esq., Assistant Attorney General, University of Connecticut, 605 Gilbert Road, Unit-1177, Storrs, CT 06269-1177; and Attorney James M. Sconzo, Halloran & Sage LLP, One Goodwin Square, Hartford, CT 06103.

_____
JOHN R. WILLIAMS