UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES E. R. McDONALD, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   Civil No. 3:02cv2137 |
| | : |
| PHILIP E. AUSTIN, | : |
| ROSS D. MacKINNON, and | : |
| WILLIAM C. STWALLEY, | : |
| | : |
| Defendants. | : |

## RULING AND ORDER

Defendants' Motion to for Leave to File and Amended Answer and Affirmative Defenses [**doc. # 33**] is hereby GRANTED.  "It is settled that the grant of leave to amend the pleadings pursuant to Rule 15(a) is within the discretion of the trial court" and may freely be given when "factors such as undue delay or undue prejudice to the opposing party are absent." *SCS Communications, Inc. v. Herrick, Co.*, 360 F.2d 329, 345 (2d Cir. 2004) (internal citations and quotations omitted).  Defendants have shown good cause and the Court is satisfied that the Plaintiff will not suffer prejudice due to the allowance of the proposed amendment.  In any event, the Court will extend discovery deadline to permit any additional discovery needed as a result of the Defendants' amendment.  The Clerk is directed to docket Defendants' attached Amended Answer and Affirmative Defenses.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut:** November 22, 2004.