UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES E.R. MCDONALD | : | CIVIL ACTION NO. 3:02CV2137 (MRK) |
| Plaintiff | : | |
| V. | : | |
| PHILIP E. AUSTIN, ROSS D. MACKINNON WILLIAM C. STWALLEY | : | NOVEMBER 5, 2004 |
| Defendants | : | |

## AMENDED ANSWER AND AFFIRMATIVE DEFENSES

Philip E. Austin, Ross D. MacKinnon, and William C. Stwalley (hereinafter the "defendants"), hereby file their Amended Answer as follows:

1.  The defendants deny any deprivation of rights was experienced by the plaintiff as stated in paragraph 1 of the Complaint.

2.  As to paragraph 2, no response is required.

3.  As to paragraph 3, the defendants deny the plaintiff was employed at the University of Connecticut during "all times mentioned in this action." As to any remaining allegations of paragraph 3, the defendants are without sufficient information to admit or deny said allegations and, therefore, the plaintiff is left to his proof.

4.  Paragraphs 4 and 5 are admitted.

5.  The defendants deny any allegations of "unlawful actions," "failure and refusal to perform duties" and causation of any injuries to the plaintiff as stated in paragraph 6.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

06314.0005
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

6. Paragraph 7 is admitted.

7. Paragraph 8 is admitted for the period up to August 22, 2001, the final day of employment of the plaintiff at the University of Connecticut.

8. As to paragraph 9, the plaintiff is left to his proof.

9. As to paragraph 10, the defendants admit Professor Gai filed suit against the defendants. All remaining allegations of paragraph 10 are denied.

10. As to paragraph 11, the plaintiff is left to his proof.

11. Paragraphs 12 and 13 are denied.

12. As to paragraph 14, the plaintiff is left to his proof.

13. So much of paragraph 15 as alleges the defendants prohibited Professor Gai from entering the Storrs campus "at any time or for any purpose" is denied. As to the remaining allegations of paragraph 15, the plaintiff is left to his proof.

14. Paragraphs 16, 17, 18, and 19 are denied.

15. As to paragraph 20, it is admitted that Regulations of the U.S. Nuclear Regulatory Commission, the State of Connecticut, and the University of Connecticut require safe and secure laboratories for the use of licensed radioactive material. Any remaining allegations of paragraph 20 are denied.

16. Paragraphs 21, 22, 23, 24, 25, and 26 are denied.

17. As to paragraph 27, the plaintiff is left to his proof.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Any actions taken by the defendants with respect to the plaintiff were solely in their official capacities as administrators at the University of Connecticut. Therefore, the defendants are protected by the doctrine of sovereign immunity.

### THIRD AFFIRMATIVE DEFENSE

As administrators at the University of Connecticut, the defendants are government officials, and any actions allegedly taken by the defendants with respect to the plaintiff were objectively reasonable. Therefore, the defendants are protected by the doctrine of qualified immunity.

### FOURTH AFFIRMATIVE DEFENSE

Any harm suffered by the plaintiff was substantially caused by his own acts or omissions.

### FIFTH AFFIRMATIVE DEFENSE

Any harm suffered by the plaintiff was substantially caused by the acts or omissions of third parties.

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

### SIXTH AFFIRMATIVE DEFENSE

The plaintiff has failed to exhaust his administrative remedies.

### SEVENTH AFFIRMATIVE DEFENSE

The plaintiff has failed to mitigate his damages.

### EIGHTH AFFIRMATIVE DEFENSE

The conduct of the defendants of which the plaintiff complains was taken in connection with formal disciplinary proceedings against a university professor by the University of Connecticut. Therefore, the defendants are protected by the doctrine of quasi-judicial immunity.

> THE DEFENDANTS
> PHILIP E. AUSTIN
> ROSS D. MACKINNON
> WILLIAM C. STWALLEY
>
> By *Robert M. Barrack*
> James M. Sconzo
> Fed. Bar No. ct04571
> Robert M. Barrack
> Fed. Bar No. ct08422
> HALLORAN & SAGE LLP
> Their Attorneys

- 4 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 5th day of November 2004, a copy of the foregoing was either mailed, postage prepaid, or hand-delivered to:

John R. Williams, Esq.
Norman A. Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Paul S. McCarthy
Assistant Attorney General
Office of the Attorney General at UCONN
605 Gilbert Road, U-177
Storrs, CT 06269

_Robert M. Barrack_
Robert M. Barrack

611688_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN & SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105