```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

            Settlement Conference Calendar
         Honorable Mark R. Kravitz, U.S.D.J.

                    141 Church Street
                 New Haven, Connecticut

         Report to Clerk's Office for Room Assignment
             Clerk's Office - Second Floor Rm 214


              January 10, 2005 at 10:00 a.m.

                         Before:
          Honorable S. Robert Jelley, Special Master
          Honorable William Bloss, Special Master
```

Please see attached instructions.  Failure to comply with these instructions may be grounds for a violation of the Special Masters Program Guidelines.


CASE NO.    3:02cv2137 (MRK) McDonald v. Austin

Kristi E. Mackin
Brown Raysman Millstein Felder & Steiner
Cityplace II 10 Floor
185 Asylum Street
Hartford, CT 06103

Paul S. McCarthy
Attorney General's Office
University of Connecticut
605 Gilbert Rd., U-177
Storrs, CT 06269-1177

James M. Sconzo
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103

John R. Williams
Williams & Pattis
51 Elm St., Ste. 409
New Haven, CT 06510

```
                                   BY ORDER OF THE COURT
                                   KEVIN F. ROWE, CLERK
```

## Instructions for Settlement Conference

Pursuant to D. Conn. L. Civ. R. 53, this matter was referred to Special Masters S. Robert Jelley and William Bloss for the purpose of conducting a settlement conference, which will be held on **01/10/05 at 10:00 a.m., at the United States District Court, 141 Church Street New Haven, Connecticut (see clerk's office, 2nd floor Rm 214, for room assignment)**.

Seven days prior to the parties' conference, counsel shall submit to the Special Masters their Confidential Settlement Conference Memorandum in accordance with D. Conn. L. Civ. R. 53(e).

Counsel are directed to have their clients and/or persons with settlement authority accompany them to this settlement conference (see D. Conn. L. Civ. R. 53(c)).

Confidential Settlement Conference Memoranda shall be submitted directly to the Special Masters, with Notice of Service of Settlement Conference Memorandum filed with the Clerk of the Court.

Any agreed-upon rescheduling of the conference shall be arranged between counsel and the Special Masters. If this matter is rescheduled, the moving party shall confirm such a new date and time, in writing, to the Hon. Mark R. Kravitz, 141 Church Street, Room 306, New Haven, Connecticut 06510, with copies to the Special Masters and all counsel of record. If this matter settles prior to the parties' conference, counsel shall notify the Special Masters immediately.

ORDER OF THE COURT,
KEVIN F. ROWE
Kenneth R. Ghilardi, Courtroom Deputy
**kenneth_ghilardi@ctd.uscourts.gov**
(203) 773-2429