FILED

2004 DEC -8  P 2: 26

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES E.R. MCDONALD,                         : CIVIL ACTION NO. 3:02CV2137 (MRK)

    Plaintiff,

V.

PHILIP E. AUSTIN, ROSS D. MACKINNON    : DECEMBER 7, 2004
WILLIAM C. STWALLEY,

    Defendants.

## MOTION FOR EXTENSION OF TIME

The Defendants respectfully move the Court for an extension of time to file a Motion for Summary Judgment on January 10, 2005, the parties are scheduled to appear before Special Masters, William Bloss and Robert Jelley, for a Settlement Conference in connection with this matter and Joseph A. Dooley v. William C. Stwalley (3:03CV01435 (JCH)). As such, the Defendants are seeking thirty (30) days past that date -- or up to and including February 10, 2005 -- in which to file their Motion for Summary Judgment. It is expected that the same tracking order may enter in the Dooley case.

The Plaintiff's Attorney, John Williams, has been consulted with regard to this deadline and consents in the granting of this motion. This is the first request with respect to this particular deadline.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

WHEREFORE, the Defendants respectfully request that the Court grant their motion for extension of time.

THE DEFENDANTS
PHILIP E. AUSTIN
ROSS D. MACKINNON
WILLIAM C. STWALLEY

By _____
James M. Sconzo
Fed. Bar No. ct04571
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
Their Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

- 2 -
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 7th day of December 2004, a copy of the foregoing was either mailed, postage prepaid, or hand-delivered to:

John R. Williams, Esq.
Norman A. Pattis, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Paul S. McCarthy
Assistant Attorney General
Office of the Attorney General at
UCONN
605 Gilbert Road, U-177
Storrs, CT 06269

The Honorable Janet C. Hall
Judge's Chambers
915 Lafayette Boulevard
Bridgeport, CT 06604

James M. Sconzo

625152

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

- 3 -
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105