## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JAMES E. R. McDONALD,         :
                                :
           Plaintiff,          :
                                :
v.                _____:    Civil No. 3:02cv2137
                                :
PHILIP E. AUSTIN,          :
ROSS D. MacKINNON, and    :
WILLIAM C. STWALLEY,    :
                                :
           Defendants.        :

## THIRD MODIFIED SCHEDULING ORDER

The Motion For Extension Of Time [doc. # 40], dated December 7, 2004, is hereby

GRANTED.  The following modified schedule shall govern:

1.    **Discovery:**  All discovery, relating both to expert and fact witnesses, will be completed (not just propounded) by **December 31, 2004**:

    **NOTE: All discovery issues should be resolved in good faith by counsel in accordance with their obligations to the Court under the Federal Rules of Civil Procedure and the District's Local Rules.  Before filing any motion relating to discovery, the parties are required to jointly confer with the Court by telephone, 203-773-2022.**

2.    **Dispositive Motions:** Dispositive motions, if any, including all motions to exclude testimony of experts pursuant to Fed. R. Evid. 702-05 and the *Daubert v. Merrill Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993) line of cases shall be filed by **February 10, 2005**.

3.    **Trial Memorandum:** If no dispositive motions are filed, the Parties' Joint Trial Memorandum is due **March 10, 2005**. If dispositive motions are filed, the Joint Trial Memorandum is due 30 days after the Court's decision on the dispositive motion.

4.    **Trial Ready Date:** If no dispositive motions are filed, the case will be considered trial ready on **March 10, 2005**. If dispositive motions are filed, the case will be considered trial ready immediately after the filing of the parties' Joint Trial Memorandum.

IT IS SO ORDERED.

/s/ _____Mark R. Kravitz_____
United States District Judge


**Dated at New Haven, Connecticut:** December 13, 2004.