UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES E. R. McDONALD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:02cv2137 |
| | : | |
| PHILIP E. AUSTIN, | : | |
| ROSS D. MacKINNON, and | : | |
| WILLIAM C. STWALLEY, | : | |
| | : | |
| Defendants. | : | |

## JUDGMENT

Notice having been sent to counsel of record on February 14, 2005 pursuant to Local Rule 41(b), indicating that the above-entitled case would be dismissed if closing papers were not filed on or before March 14, 2005.

No closing papers having been received and no further requests for continuance having been received, it is hereby, ORDERED that the complaint on file herein, be and hereby is, dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

KEVIN F. ROWE, Clerk

By_____
Kenneth R. Ghilardi
Deputy Clerk

Dated at New Haven, Connecticut, this 11th day of April 2005.

EOD: _____